UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RACHEL FLEMMING, LARRY WEATHERS, RAY STEPHENS, KENNETH GIBSON a/k/a. KENNETH BURROUGHS, MARIA MELENDEZ, and LATARIC THOMPSON, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | **JUDGMENT IN A CIVIL CASE** **CASE NO. 5:14-CV-311-D** |
| V. | ) ) | |
| DOUGLAS LEE d/b/a LEE FARMS, THREE D FARMS, LLC, SUN FRESH FARMS, INC. and CLAYTON McNEIL, | ) ) ) | Defendants. ) |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** this action is DISMISSED. The court retains jurisdiction over limited matters arising from enforcement of Paragraph Five (5) of the Settlement Agreement, [DE 45-4].

SO ORDERED. This 10th day of March, 2016.

**This Judgment Filed and Entered on March 10, 2016, and Copies To:**

| | |
|---|---|
| Lori J. Johnson | (via CM/ECF Notice of Electronic Filing) |
| Caitlin A Ryland | (via CM/ECF Notice of Electronic Filing) |
| Andrew Miller Jackson | (via CM/ECF Notice of Electronic Filing) |
| James Michael Honeycutt | (via CM/ECF Notice of Electronic Filing) |
| Ann Margaret Pointer | (via CM/ECF Notice of Electronic Filing) |

DATE:  JULIE RICHARDS JOHNSTON, CLERK
March 10, 2016  (By) /s/ Nicole Briggeman
  Deputy Clerk